# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Cedar Brook 5 Corporate Center LP | 12/14/2022 | 266522 | Check | $ 101,299.57 |
| Akorn Operating Company, LLC | Cedar Brook 5 Corporate Center LP | 1/18/2023 | 266963 | Check | $ 102,331.87 |
| Akorn Operating Company, LLC | Cedar Brook 5 Corporate Center LP | 2/13/2023 | 267330 | Check | $ 102,212.77 |
| | | | | | $ 305,844.21 |