## <u>BALLOT FOR DEFENDANT'S ELECTION AS TO PROCEDURES ORDER TRACK</u>

Please provide name and adversary proceeding number of the Defendant completing this ballot:

_____          _____

Defendant Name                                                            Adversary Proceeding Number

**Please note:** This ballot question is **<u>only</u>** for Defendants with cases with total amount in controversy less than or equal to $75,000.00.

**BALLOT QUESTION**: If you are currently listed on <u>Exhibit 1</u> to <u>Exhibit B</u> to the Procedures Motion (proposed Procedures Order for cases with total amount in controversy less than or equal to $75,000.00), which order provides for mediation prior to discovery, and you elect instead to be moved to <u>Exhibit 1</u> to <u>Exhibit C</u> to the Procedures Motion (proposed Procedures Order for cases with total amount in controversy greater than $75,000.00), which provides for discovery prior to mediation, you may elect to be moved to the <u>Exhibit C</u> by checking the box below. **If you wish to remain on <u>Exhibit 1</u> to <u>Exhibit B</u> to the Procedures Motion, which provides for mediation prior to discovery, you do not have to fill out any form.**

☐ By checking this box, Defendant hereby consents to be moved to <u>Exhibit 1</u> to <u>Exhibit C</u>, the Procedures Order for cases with total amount in controversy greater than $75,000.00

**Please return Ballot to:**

**Via Email:** evan.miller@saul.com and paige.topper@saul.com

**Via mail:**

SAUL EWING LLP
Attn: Evan T. Miller, Paige N. Topper
1201 North Market Street, Suite 2300
Wilmington, DE 19801

**\*\*AS INDICATED IN THE NOTICE OF MOTION, DEFENDANTS WISHING TO FILL IN THIS BALLOT MUST DO SO ON OR BEFORE MAY 29, 2025. LATE BALLOTS WILL NOT BE MOVED TO A DIFFERENT ORDER \*\***